```
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF NEW YORK
 3
 4     _____
 5     IN RE: FISHER-PRICE ROCK 'N    ) MDL No. 1:19-md-2903
 6     PLAY SLEEPER MARKETING, SALES  )
 7     PRACTICES, AND PRODUCTS        ) This Document
 8     LIABILITY LITIGATION,          ) Relates to ALL CASES
 9     _____)
10
11
12
13        VIDEOTAPED DEPOSITION OF J. MICHAEL DENNIS, Ph.D.
14                    Redwood City, California
15                  Thursday, November 4, 2021
16                          Volume I
17
18
19
20     Reported by:
21     CATHERINE A. RYAN, RMR, CRR
22     CSR No. 8239
23     Job No. 4846748
24
25     PAGES 1 - 370
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                WESTERN DISTRICT OF NEW YORK
 3
 4         _____
 5         IN RE: FISHER-PRICE ROCK 'N    ) MDL No. 1:19-md-2903
 6         PLAY SLEEPER MARKETING, SALES  )
 7         PRACTICES, AND PRODUCTS        ) This Document
 8         LIABILITY LITIGATION,          ) Relates to ALL CASES
 9         _____)
10
11
12                Videotaped deposition of J.
13         MICHAEL DENNIS, Ph.D., Volume I, taken on behalf of
14         Defendant, at Goodwin Procter, LLP, 601 Marshall
15         Street, Redwood City, California, beginning at
16         9:06 a.m. and ending at 6:44 p.m., on Thursday,
17         November 4, 2021, before CATHERINE A. RYAN,
18         Certified Shorthand Reporter No. 8239.
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | J. MICHAEL DENNIS, Ph.D., | 09:07:11 |
| 2 | having been administered an oath, was examined and | |
| 3 | testified as follows: | |
| 4 | | |
| 5 | THE VIDEOGRAPHER: Thank you. | 09:07:12 |
| 6 | You may proceed. | |
| 7 | | |
| 8 | EXAMINATION | |
| 9 | BY MR. KANNY: | |
| 10 | Q   Could you please state your full name for | 09:07:13 |
| 11 | the record and spell it too, please. | |
| 12 | A   My first name is John, J-o-h-n, middle | |
| 13 | name Michael, M-i-c-h-a-e-l, and last name Dennis, | |
| 14 | D, as in "David," e-n-n-i-s. | |
| 15 | Q   What is your date of birth? | 09:07:29 |
| 16 | A   April 22nd, 1962. | |
| 17 | Q   Where do you currently reside? | |
| 18 | A   In East Palo Alto. | |
| 19 | Q   Could you provide your address for the | |
| 20 | record, please? | 09:07:39 |
| 21 | A   Yes.  It is 2238 Lincoln Street -- | |
| 22 | "Lincoln" like our president -- East Palo Alto, | |
| 23 | California. | |
| 24 | Q   Dr. Dennis, we met off the record.  Let me | |
| 25 | just introduce myself for the record. | 09:07:54 |

Page 8

```
 1  entire side of the packaging that's depicted in        16:24:32
 2  Mr. Kivetz's report?
 3       A    They would see the thumbnail.  So the
 4  thumbnail gets blown up to fill up the screen.
 5       Q    Right.                                       16:24:42
 6            And if you look at page 10 of your report,
 7  that would be thumbnail 2 -- page 10 of
 8  Attachment B.  I apologize.
 9       A    Yeah, I -- I trust you, Counsel.  My -- I
10  have a mess in front of me --                          16:24:58
11       Q    That's fine.
12       A    -- of paperwork.
13       Q    I can represent to you that the thumbnail
14  that's thumbnail 2 that we were talking about is
15  just a blowup of that, and same with thumbnail 3.      16:25:06
16            So you didn't show them the complete
17  product packaging; you made a judgment call that you
18  didn't want to include that other picture and the
19  other advertising claim on the bottom of it?
20       A    That's basically right.  I thought the       16:25:21
21  user experience was going to get very cluttered with
22  all these thumbnails.
23       Q    Okay.  But --
24       A    And the focus, of course, is on the front
25  packaging so that the front packaging panel was        16:25:30
```

Page 271

|   |   |   |
|---|---|---|
| 1 | shown to all the respondents, and they had the | 16:25:34 |
| 2 | opportunity to learn about the product that way, | |
| 3 | and -- and they saw the key information on the back | |
| 4 | panel. That's where a lot of the remaining real | |
| 5 | estate is to be shown the respondents. I showed | 16:25:49 |
| 6 | them that. | |
| 7 |     And then after that, in terms of the | |
| 8 | panels I left out, it was largely the same | |
| 9 | messaging. It's the product name, about the Rock 'N | |
| 10 | Play Sleeper. It's the Fisher-Price branding that's | 16:26:02 |
| 11 | being used again. So I made a tradeoff. I thought | |
| 12 | I could have a better user experience not to have so | |
| 13 | many images thrown at them. | |
| 14 |     Q   Okay. I appreciate that explanation, but | |
| 15 | I just want to get the facts right now. | 16:26:19 |
| 16 |     The thumbnail 3, where is that on the | |
| 17 | product packaging? | |
| 18 |     A   You can see it on page 39 of Dr. Kivetz's | |
| 19 | report. It's the upper center. | |
| 20 |     Q   So it's the middle of the side of the | 16:26:36 |
| 21 | packaging? | |
| 22 |     A   That's right. | |
| 23 |     Q   Okay. And you chose to not show the | |
| 24 | consumer the picture of the wake baby looking | |
| 25 | directly at you playing with a toy sitting in the | 16:26:52 |

```
1    Rock 'N Play; is that correct?                        16:26:55
2        A    Well, this is the control product we're
3    looking at here on page 39, but I show them the
4    sleeping baby on the front panel.
5        Q    Yeah, I -- I -- I understand that, and       16:27:05
6    that's on page 8 where that's the front of the
7    product.
8        A    (Witness nods head.)
9        Q    What I'm asking you is:  You chose only to
10   include the Fisher-Price in thumbnail 3 -- the        16:27:14
11   Fisher-Price logo, but not the photo that takes up a
12   third of the package of the baby awake, staring at
13   you, sitting in the Rock 'N Play Sleeper playing
14   with a toy?
15            MR. EVANS:  Objection.  Mischaracterizes     16:27:38
16   the document.
17            THE WITNESS:  Counsel, why do you say "a
18   third of the package"?
19   BY MR. KANNY:
20       Q    If you look at page 39, and on the top of    16:27:44
21   the photo that's depicted, there is the side of the
22   panel.
23            Would you agree with that?
24            MR. EVANS:  Objection.  Mischaracterizes
25   document.                                             16:28:04
```

Page 273

```
 1              THE WITNESS:  Are you talking about the        16:28:04
 2    upper left-hand corner?
 3              MR. KANNY:  No.  I'm talking, right now,
 4    of the entire top of the photo that depicts the
 5    product package, and it looks like a piece that is        16:28:17
 6    folded down.  Then there's a picture of a baby.
 7    Then there's a picture of the Fisher-Price logo and
 8    then another photo of a mom awake, lying in bed,
 9    watching the baby.
10         Q    And you agree with me that the wake baby,       16:28:34
11    the logo, and the mother sitting awake, looking at
12    the baby, would be the top panel -- would be the
13    side of the --
14         A    Okay.  I'm following you --
15         Q    -- package?                                     16:28:47
16         A    -- now, Counsel.
17         Q    Does that -- is that accurate, how I --
18         A    It is.  I mean, I don't think that's a
19    third.
20         Q    Okay.  Well, it's -- between the two            16:28:52
21    photos, it's more than half of the box.
22              MR. EVANS:  Objection.  Mischaracterizes
23    the document.
24              THE WITNESS:  More than -- it's not more
25    than half of the box.                                     16:29:00
```

Page 274

```
1            MR. KANNY:  Strike that.                    16:29:01
2        Q   It's more than half of the side panel that
3   you did not show?
4        A   So it's more than half of a third; is that
5   what you're saying?                                  16:29:08
6        Q   No.
7            I'm saying, for the top -- so you
8   didn't -- you didn't -- you're -- you're only
9   showing four sides; you're not showing six sides.
10           You've chosen what you wanted to show, and  16:29:19
11  what I'm trying to say is that the pan- -- the
12  sides -- you showed one of the -- in thumbnail 2,
13  you showed part of the top and bottom, and you cut
14  out a photo and some additional advertising that was
15  contained there.                                     16:29:35
16           On this side -- the two sides of it you
17  didn't show, other than in the middle of the top
18  side that's depicted on page 39, is the Fisher-Price
19  logo.  You decided -- and -- and on that top side of
20  the -- of the box is two photos.                     16:29:53
21           Those two photos are, would you say, more
22  than half of that packaging?
23           MR. EVANS:  Objection.
24           THE WITNESS:  No.
25           MR. EVANS:  Mischaracterizes the document.  16:30:04
```

Page 275

```
 1    BY MR. KANNY:                                          16:30:05
 2         Q    Half of the packaging of the side?
 3              MR. EVANS:  Same objection.
 4              MR. KANNY:  Counsel, this is hard enough
 5    to explain without trying to interrupt here, so --     16:30:12
 6              MR. EVANS:  I'm not trying to interrupt.
 7    BY MR. KANNY:
 8         Q    The -- I realize that the side is only
 9    part of the box, but on the part of the box that is
10    the side, would you agree with me that the photos      16:30:26
11    make up more than 50 percent of the side panel?
12         A    I -- actually, I -- I'm having a hard time
13    following you.
14              I mean, I'm looking -- I included the
15    entire front panel.  So when you see -- and this is    16:30:41
16    very hard to do with us sitting, you know, so far
17    apart.
18         Q    I'm not talking about the front panel.
19         A    I understand, but the -- the way you're
20    talking, it sounds like you were.                      16:30:50
21              So the front panel includes this picture
22    of the mother and the child and the inclined "all
23    night long" language.  That's part of the front
24    panel.
25         Q    Understood.                                  16:31:05
```

Page 276

```
 1      A      You agree?                                    16:31:05
 2      Q      Yes.
 3      A      Okay.  So I don't include the baby photo
 4   that's on top of that.
 5      Q      That's the side panel; would you agree         16:31:09
 6   with that?  That gets folded down, and that becomes
 7   the side panel.
 8      A      I guess it does.
 9             I don't include that or the picture that's
10   immediately below the inclined "all night long."         16:31:19
11      Q      Why did you take the -- why -- so let me
12   ask the first question.
13      A      Mm-hmm.
14      Q      Whether it's on the side or whether it's
15   on the face of the product packaging, why would you      16:31:33
16   take out a photo of a wake baby playing with a toy
17   staring directly at -- at you?
18      A      I made a -- I made a judgment call.
19      Q      What was the --
20      A      I showed them --                               16:31:49
21      Q      What was the basis --
22      A      So --
23      Q      -- of your judgment call to remove an
24   awake baby playing with a toy --
25      A      Well, again --                                 16:31:54
```

Page 277

```
 1         Q    -- when you were doing your consumer --        16:31:54
 2         A    -- I'm not showing -- I would never show
 3    the control product.  I don't know why you keep
 4    saying that.
 5         Q    This -- this is -- this is the test            16:32:00
 6    product.
 7         A    It is the test product?
 8         Q    Yes.
 9         A    Okay.  Look, what I did here is a consumer
10    perception survey where the respondents needed to        16:32:08
11    look at the front panel.  And I prioritized that
12    because that is the primary messaging from a
13    consumer experience.  The front panels and -- you
14    know, there's literature on this.  Front panels have
15    a disproportionate impact --                              16:32:34
16         Q    You have never seen --
17         A    -- on purchasing behavior.
18         Q    -- a -- a product display for a Rock 'N
19    Play Sleeper that you can recall as you sit here?
20         A    I don't have to.  Every -- anybody that        16:32:45
21    does consumer market research knows the front of
22    panels of products make a disproportionate impact on
23    consumers.
24         Q    Let me ask the question again.
25              You've never seen a product display for a      16:32:55
```

1  in someplace on it; you put it again in bold, in all        17:55:57
2  caps right up front for them, front and center, to
3  see, correct?
4      A   I did.  That's right.
5      Q   And in the -- as we talked about earlier,           17:56:07
6  in trying to create the environment of how
7  somebody -- the purchasing environment of how
8  somebody -- you said surveys are supposed to try to
9  simulate.
10          Would a disclaimer ever be shown twice, in         17:56:19
11 all cap, bold, outside the context of the box and in
12 front and center so that everybody would see exactly
13 what you're wanting it to see -- what you're wanting
14 them to see in the manner that you've done it in the
15 real world?                                                 17:56:36
16          MR. EVANS:  Objection.  Argumentative.
17 Misstates report.  Misstates testimony.
18          THE WITNESS:  From a survey perspective,
19 what I've done here is perfectly legitimate.  I'm
20 providing additional information.  This is a               17:56:47
21 hypothetical that's being put in front of the
22 respondent, and I'm giving them this scenario now
23 where there's additional information that led to
24 this disclosure, and then I'm asking them about
25 their purchase likelihood.                                 17:56:59

Page 330

```
 1            There -- there's nothing untoward or          17:57:01
 2    irregular about providing this information.  This is
 3    an intervention in the way that I inserted this
 4    disclosure into this survey process.
 5    BY MR. KANNY:                                         17:57:15
 6        Q    Okay.  Well, that's -- we can agree to
 7    disagree on that too.
 8            But you put product packaging on it.  It's
 9    one thing if the survey just had words, right?  If
10    the survey just said:  Okay.  Here's a bunch of       17:57:26
11    product attributes, and now here's a disclaimer, and
12    the words of the disclaimer are separately, but you
13    actually included the product box for somebody to
14    look at so you can simulate what it's like in the
15    real world, but then you decided not to use a         17:57:40
16    disclosure on a box as if that would occur in the --
17    in the real world.  Instead, you separated the text
18    out so that they had to see it in the manner you
19    wanted them to see it.
20            Would that be a fair understanding of how     17:57:53
21    this looks?
22        A    Yeah.  This is exactly the way I wanted it
23    to be.
24        Q    Okay.  You compare the Rock 'N Play to
25    cigarettes?                                           17:58:10
```

Page 331

```
 1        I, J. MICHAEL DENNIS, Ph.D., do hereby
 2   declare under penalty of perjury that I have read
 3   the foregoing transcript; that I have made any
 4   corrections as appear noted, in ink, initialed by
 5   me, or attached hereto; that my testimony as
 6   contained herein, as corrected, is true and correct.
 7             EXECUTED this 13th day of DECEMBER,
 8             2021, at E. PALO ALTO, CALIFORNIA.
 9        (City)                    (State)
10
11
12                 [signature]
13        _____
14             J. MICHAEL DENNIS, Ph.D.
15                    VOLUME I
```

Page 369

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12        Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ X ] was [  ] was not requested.
16        I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name this 11th day of November, 2021.
22
23        *Catherine A. Ryan* (signature)
24        Catherine A. Ryan, RMR, CRR
25        CSR No. 8239
```

Page 370

## ERRATA SHEET

Re: Deposition of J. Michael Dennis, Ph.D., taken on November 4, 2021
Case: In re: Fisher-Price Rock 'N Play Sleeper Marketing

| Page | Line | | |
|---|---|---|---|
| 55 | 17 | Change: replace "prevalent" with "prevalence" | Reason: Typo |
| 144 | 4 | Change: replace "approached" with "approach" | Reason: Typo |
| 184 | 23 | Change: replace "mind me" with "my mind" | Reason: |
| 194 | 1 | Change: replace "affect" with "effect" | Reason: Typo |
| 196 | 11 | Change: replace "affected" with "effective" | Reason: Typo |
| 215 | 5 | Change: replace "define" with "defy" | Reason: Typo |
| 215 | 6 | Change: replace "defined" with "defied" | Reason: Typo |
| 218 | 6 | Change: replace "designer" with "design" | Reason: Typo |
| 319 | 19 | Change: replace "frontal" with "front" | Reason: Typo |
| 325 | 9 | Change: replace "exclaimers" with "disclaimers" | Reason: Typo |

__X__  Subject to the above changes, I certify that the transcript is true and correct.

_____  No changes have been made. I certify that the transcript is true and correct.

*[signature]*

December 13, 2021